IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN R. REYNOLDS,
    Petitioner,

v.                                                  Case No. 3:11cv536/LAC/MD

KENNETH S. TUCKER,
    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 11, 2012.  (Doc. 15).  Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Respondent's motion to dismiss (doc. 12) is GRANTED.

3.     The petition for writ of habeas corpus (doc. 1) challenging the conviction and sentence in State of Florida v. Reynolds, in the Circuit Court of Okaloosa County, Florida, case number 89-122C is DISMISSED WITH PREJUDICE, and the clerk is directed to close the file..

4.     Certificate of appealability is DENIED.

**DONE AND ORDERED** this 13th day of July, 2012.

                                            *s/L.A. Collier*
                                            **LACEY A. COLLIER**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**